IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 15, 2008

Charles R. Fulbruge III
Clerk

_____

No. 08-40444
Summary Calendar
_____

IN THE MATTER OF:  VERNON LEE LAUX;
PAMELA SUE LAUX

                                                                    Debtors

------------------------------------------

BUCKEYE RETIREMENT CO LLC LTD

                                                                    Appellant

v.

VERNON LEE LAUX; PAMELA SUE LAUX

                                                                    Appellees

_____

Appeal from the United States District Court
for the Eastern District of Texas
(4:07-CV-181)

_____

Before WIENER, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

        Appellant Buckeye Retirement Co. LLC, Ltd. ("Buckeye"), as successor

in interest to the Cadle Company, appeals the judgment of the bankruptcy

court, as affirmed by the district court, rejecting Buckeye's claim that a debt

_____

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

owed to it by Appellees Vernon Lee Laux and Pamela Sue Laux ("Debtors") should not be discharged in their bankruptcy. The gravamen of Buckeye's contention is that the Debtors' original Schedules and Statements of Financial Affairs were knowingly false by virtue of omissions and misrepresentations and that these errors should not be deemed cured by revised filings.

We are satisfied by our review of the record on appeal, including the facts and the law as set forth in the briefs of the parties, the Magistrate Judge's Findings of Fact and Conclusions of Law, and the district court's Memorandum Opinion & Order affirming the bankruptcy court's rejection of Buckeye's opposition to the discharge of the subject debts, that the rulings of those courts are correct. For essentially the reasons set forth by the district court in its careful and exhaustive opinion, the judgment of the bankruptcy court is, in all respects,

AFFIRMED.